United States Bankruptcy Court
Eastern District of California

In re:                                                                                Case No. 19-22046-C
Deborah Rena Arnold                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2                            User: admin                                        Page 1 of 3
Date Rcvd: Sep 01, 2023                    Form ID: pdf010                                Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Deborah Rena Arnold, 846 Cedar Canyon Cir, Galt, CA 95632-8115 |
| aty | + | Christina Khil, 2112 Business Center Dr 2nd Fl, Irvine, CA 92612-7135 |
| aty | + | Christina O, 2112 Business Center Dr 2nd Fl, Irvine, CA 92612-7135 |
| aty | + | George T. Burke, Law Office of George T. Burke, 2010 Harbison Dr., Ste. A-222, Vacaville, CA 95687-3925 |
| cr | + | Land Home Financial Services, Inc., MALCOLM CISNEROS, 2112 Business Center Drive, Irvine, CA 92612-7135 |
| cr | + | LoanCare, LLC, Malcolm Cisneros, c/o Christina J. O, 2112 Business Center Dr, Irvine, CA 92612-7137 |
| 22720468 | | Fed Loan Serv, PO Box 60610, Harrisburg PA 17106-0610 |
| 22720471 | | Patelco Credit Union, 156 2nd St, San Francisco CA 94105-3724 |
| 22795169 | | US DEPARTMENT OF EDUCATION C/O FEDLOAN SERVICING, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 22720478 | | Welk Resort Group, 8860 Lawrence Welk Dr, Escondido CA 92026-6403 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: efile@mod13.com | Sep 01 2023 07:08:00 | Russell D. Greer, PO Box 3051, Modesto, CA 95353-3051 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 01 2023 05:29:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 22720462 | | Email/Text: backoffice@affirm.com | Sep 01 2023 07:18:00 | Affirm Inc, 650 California St Fl 12, San Francisco CA 94108-2716 |
| 22720464 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2023 07:29:49 | Citibank NA, 50 NW Point Blvd, Elk Grove Village IL 60007-1032 |
| 22761023 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 01 2023 06:34:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 22720463 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 01 2023 05:30:36 | Capital One Bank USA NA, PO Box 30281, Salt Lake City UT 84130-0281 |
| 22785779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2023 06:10:13 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 22720465 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2023 07:15:00 | Comenity Bank Express, PO Box 182789, Columbus OH 43218-2789 |
| 22720466 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2023 07:15:00 | Comenity Bank Pier 1, PO Box 182789, Columbus OH 43218-2789 |
| 22720467 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2023 07:15:00 | Comenity Bank Victoria, PO Box 182789, Columbus OH 43218-2789 |
| 22720469 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 01 2023 07:08:00 | Land Home Fin Srv Dove, 1 Corporate Dr, Lake Zurich IL 60047-8944 |
| 22720470 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 01 2023 07:18:00 | Navy Federal Cr Union, PO Box 3700, Merrifield |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | VA 22119-3700 |
| 22730647 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 01 2023 07:18:00 | Navy Federal Credit Union, PO Box 3000, Merrifield VA 22119-3000 |
| 22786799 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2023 06:12:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 22992185 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2023 06:57:45 | PRA Receivables Management, LLC, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 22777965 | | Email/Text: bnc-quantum@quantum3group.com | Sep 01 2023 07:16:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 22755924 | + | Email/Text: bankruptcy@safecu.org | Sep 01 2023 07:18:00 | SAFE Credit Union, 2295 Iron Point Road, Ste 100, Folsom, CA 95630-8767 |
| 22720472 | | Email/Text: bankruptcy@safecu.org | Sep 01 2023 07:18:00 | Safe Credit Union, 3720 Madison Ave, North Highlands CA 95660-5024 |
| 22720474 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 01 2023 06:57:49 | Synchrony Bank Ashley Homestore, PO Box 965036, Orlando FL 32896-5036 |
| 22720473 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 01 2023 06:44:53 | Synchrony Bank Old Navy, PO Box 965005, Orlando FL 32896-5005 |
| 22720475 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 01 2023 05:29:15 | Synchrony Bank Walmart, PO Box 965024, Orlando FL 32896-5024 |
| 22766270 | + | Email/Text: bncmail@w-legal.com | Sep 01 2023 07:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 22720476 | | Email/Text: bncmail@w-legal.com | Sep 01 2023 07:15:00 | Td Bank USA Target Credit, PO Box 673, Minneapolis MN 55440-0673 |
| 22720477 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2023 06:09:39 | The Home Depot CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 23518022 | + | Email/Text: EBN@edfinancial.com | Sep 01 2023 07:07:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 22784632 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 01 2023 06:57:49 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 22991434 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0972-2                    User: admin                              Page 3 of 3
Date Rcvd: Sep 01, 2023                 Form ID: pdf010                          Total Noticed: 36

Date: Sep 02, 2023                      Signature:      /s/Gustava Winters

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: DEBORAH RENA ARNOLD                                    Case No.: 19-22046

    Debtor(s)

**RUSSELL D. GREER CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT OF RETIRING TRUSTEE**

RUSSELL D. GREER, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1) prior to his retirement. The trustee declares as follows:

1) The case was filed on 04/02/2019.
2) The plan was confirmed on 06/28/2019.
3) The plan may or may not have been modified by order after confirmation pursuant to 11 U.S.C Section 1329.
4) The trustee may or may not have filed action to remedy default by the debtor in performance under the plan.
5) The case remains active and open.
6) Number of months from filing or conversion to latest payment: 47.
7) Number of months case has been pending: 52.
8) Total value of assets abandoned by court order: NA
9) Total value of assets exempted: NA
10) Amount of unsecured claims discharged without full payment: NONE TO DATE
11) All checks distributed by the trustee relating to this case MAY HAVE or MAY NOT HAVE cleared the bank.
12) Balance on hand as of the date of this report: .57

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $33,550.01 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$33,550.01** |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $3,005.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $2,589.17 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$5,594.17** |
| Attorney fees paid and disclosed by debtor: | $995.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AFFIRM INC | Unsecured | 1,266.00 | NA | NA | .00 | .00 |
| AMERICAN INFOSOURCE | Unsecured | NA | 1,696.46 | 1,696.46 | 1,696.46 | .00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 333.00 | 436.35 | 436.35 | 436.35 | .00 |
| LAND HOME FINANCIAL SERVICES INC | Secured | 376,122.00 | 373,518.20 | 373,518.20 | .00 | .00 |
| LAND HOME FINANCIAL SERVICES INC | Secured | NA | 1,150.00 | .00 | .00 | .00 |
| LAND HOME FINANCIAL SERVICES INC | Secured | NA | 176.33 | 176.33 | .00 | .00 |
| MALCOLM CISNEROS, A LAW CORPOR/ | Unsecured | NA | NA | NA | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 4,443.00 | 4,144.98 | 4,144.98 | 4,144.98 | .00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 1,500.00 | 1,483.26 | 1,483.26 | 1,483.26 | .00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 978.00 | 951.93 | 951.93 | 951.93 | .00 |
| PATELCO CREDIT UNION | Secured | 60,174.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 2,584.00 | 2,673.33 | 2,673.33 | 2,673.33 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 1,274.00 | 1,480.54 | 1,480.54 | 1,480.54 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 2,947.00 | 3,145.90 | 3,145.90 | 3,145.90 | .00 |

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re: DEBORAH RENA ARNOLD　　　　　　　　　　　　　　　　　　　　Case No.: 19-22046

　　　　　　Debtor(s)

## RUSSELL D. GREER CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT OF RETIRING TRUSTEE

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 5,439.00 | 5,942.59 | 5,942.59 | 5,942.59 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 1,540.00 | 1,788.39 | 1,788.39 | 1,788.39 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 504.00 | 656.62 | 656.62 | 656.62 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 481.00 | 634.16 | 634.16 | 634.16 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,813.00 | 2,136.52 | 2,136.52 | 2,136.52 | .00 |
| SAFE CREDIT UNION | Secured | 53,491.00 | 52,376.28 | 52,376.28 | .00 | .00 |
| U.S. DEPARTMENT OF EDUCATION | Unsecured | 98,870.00 | 100,189.38 | 100,189.38 | .00 | .00 |
| VETTEL WILLIAM ARNOLD III | Unsecured | NA | NA | NA | .00 | .00 |
| WEINSTEIN AND RILEY PS | Unsecured | 627.00 | 784.24 | 784.24 | 784.24 | .00 |
| WEINSTEIN AND RILEY PS | Unsecured | NA | NA | NA | .00 | .00 |
| WELK RESORT GROUP | Secured | 25,822.00 | NA | NA | .00 | .00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 176.33 | .00 | .00 |
| Debt Secured by Vehicle: | 52,376.28 | .00 | .00 |
| All Other Secured: | 373,518.20 | .00 | .00 |
| **TOTAL SECURED:** | 426,070.81 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 128,144.65 | 27,955.27 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,594.17 |
| Disbursements to Creditors: | $27,955.27 |
| **TOTAL DISBURSEMENTS:** | $33,549.44 |

13) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests an order be entered that approves this final report and account of retiring trustee and discharges the trustee and grants such other relief as may be just and proper.

Date: 08/31/2023　　　　　　　　　　　　　　　　By: /s/RUSSELL D. GREER
　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee